PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:96-CR-72-3BO

MELODY ALSTON SHORT

On November 20, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____15_____ day of __April__, 2013.

Terrence W. Boyle  
U.S. District Judge